**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PAMELA G. CLARK,      )<br>    Plaintiff,          )<br>                           )<br>vs.                      )<br>                           )<br>JO ANNE B. BARNHART,     )<br>Commissioner of the      )<br>Social Security Administration, )<br>    Defendant.         ) | Case No. 05-CV-528-PJC |

### ORDER

Upon consideration of Defendant's Motion to Reverse and Remand (Dkt. # 20), to which there is no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

DATED this 25th day of May, 2006.

_____
Paul J. Cleary
United States Magistrate Judge